**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
:   Case No. 1:15-cv-01873-KBF
                            Plaintiff,                          :
:   Judge Forrest
            vs.                                                 :
:
:
JOHN DOE subscriber assigned IP address                         :
184.153.88.94,                                                  :
:
                            Defendant.                          :
----------------------------------------------------------------X

## NOTICE OF RELATED CASES

PLAINTIFF GIVES NOTICE that this is a BitTorrent Copyright Infringement case related to the cases listed below, which were filed by Jacqueline M. James, Esq., of James & Associates.

Plaintiff respectfully suggests that the following cases are related because they each involve the same Plaintiff, Malibu Media, LLC, and near identical allegations against a John Doe Defendant. In each case, Plaintiff alleges that a John Doe Defendant, presently known to Plaintiff only by his or her IP address, directly infringed its copyrights through the BitTorrent protocol. Because each Defendant is known only by an IP address, in each case Plaintiff intends to seek leave to subpoena Defendant's Internet Service Provider prior to a Rule 26(f) conference in order to learn Defendant's identity so that Plaintiff may proceed with its case. While Plaintiff believes the above common factors may make the following cases related, it does note that each case involves a different Defendant and the cases involve the infringement of different copyrights.

The following cases are pending before this Court:

1

1. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08903-AJN;

2. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08904-SAS;

3. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08911-RJS;

4. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08912-PGG;

5. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08915-PKC;

6. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08930-CM;

7. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08936-VSB;

8. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08942-WHP;

9. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08943-SHS;

10. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08944-RA;

11. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10147-ALC;

12. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10152-JMF;

13. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10154-AJN;

14. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10155-KBF;

15. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10156-JMF;

16. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10168-PKC;

17. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10169-JPO;

18. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10171-AT;

19. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10173-KMW;

20. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10181-KMW;

21. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10183-SHS;

22. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10185-DAB;

23. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10186-SAS;

24. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00544-JPO;

25. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00545-CM;

26. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00547-LGS;

27. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00551-LTS;

28. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00552-DAB;

29. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00555-ALC;

30. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00558-DLC;

31. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00561-GBD;

32. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00562-ER;

33. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00567-JGK;

34. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00571-LAK;

35. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00573-KPF;

36. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00575-ER;

37. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00577-AJN;

38. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00578-PAC;

39. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00579-AT;

40. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00581-LGS;

41. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01829-ALC;

42. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01830-PAC;

43. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01831-RA;

44. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01834-JGK

45. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01841-KPF

46. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01842-LGS

47. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01843-SHS

48. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01844-RA

49. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01845-LTS

50. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01847-ER

51. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01848-GHW

52. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01849-KMW

53. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01851-VM

54. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01853-DAB

55. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01855-CM

56. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01856-JSR

57. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01862-RJS

58. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01863-VM

59. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01865-PGG

60. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01873-KBF

61. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01875-DLC

62. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01879-RJS

63. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01880-DLC

64. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01882-JMF

65. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01883-LTS

66. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01890-ALC

67. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01891-PKC

68. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08895-VB;

69. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08896-VB;

70. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08897-KMK;

71. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08899-KMK;

72. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08900-VB;

73. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08901-KMK;

74. Malibu Media, LLC v. Doe; Case No. 1:14-cv-0802-NSR;

75. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08938-NSR;

76. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08939-VB;

77. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08940-KMK;

78. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10148-CS;

79. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10150-NSR;

80. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10158-CS;

81. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10159-NSR;

82. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10166-KM;

83. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10167-KMK;

84. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10175-VB;

85. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10177-KMK;

86. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10178-CS;

87. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10179-CS;

88. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10180-VB;

89. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10182-NSR;

90. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10190-NSR;

91. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00549-KMK;

92. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00553-VB;

93. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00560-KMK;

94. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00563-CS;

95. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00565-NSR;

96. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00566-NSR;

97. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00568-VB;

98. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00569-CS;

99. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00570-KMK;

100. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00583-NSR;

101. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00584-NSR;

102. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00585-KMK;

103. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00586-CS;

104. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00587-VB;

105. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00588-VB;

106. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01833-CS;

107. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01835-VB;

108. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01836-KMK;

109. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01837-KMK;

110. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01839-NSR;

111. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01840-CS;

112. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01852-VB;

113. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01854-CS;

114. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01861-KMK;

115. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01864-VB;

116. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01867-VB

117. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01869-CS;

118. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01896-CS;

119. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01897-KMK;

120. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00556-DLC;

121. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01850-NSR;

122. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01893-NSR; and

123. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01894-NSR.

Respectfully submitted,

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
James & Associates
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*